849 A.2d 182

IN RE FAILURE OF NEW JERSEY COUNCIL ON AFFORDABLE HOUSING TO ADOPT THIRD ROUND FAIR SHARE METHODOLOGY AND TO ALLOCATE THIRD ROUND FAIR SHARE OBLIGATIONS.

April 27, 2004.

This matter having come before the Court on a petition for certification from the judgment in A–5304–01T3, and the Court having taken judicial notice of the obligation of the Council on Affordable Housing under *N.J.A.C.* 1:30–6.2(c) to promulgate its Third Round Fair Share Methodology regulations no later than October 6, 2004, or the proposal expires;

And good cause appearing;

IT IS ORDERED that the petition for certification is denied, without prejudice to a renewal of the application on an expedited basis if the Council fails to promulgate its regulations by the required date under the *New Jersey Adminstrative Code.*

Jurisdiction is not retained.